PEARSON, J.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| HITACHI MEDICAL SYSTEMS AMERICA, INC., | ) ) CASE NO. 5:11CV0444 |
| Plaintiff, | ) ) |
| v. | ) JUDGE BENITA Y. PEARSON ) ) |
| DIAGNOSTIC IMAGING OF COLORADO SPRINGS, L.L.C., d/b/a NORTH POWERS MEDICAL IMAGING, et al., | ) ) ) ) |
| Defendant. | ) **DEFAULT JUDGMENT** |

For the reasons set forth in the Order filed contemporaneously with this Default Judgment, IT IS HEREBY ORDERED, ADJUDGED and DECREED that judgment is hereby rendered in favor of Plaintiff Hitachi Medical Systems America, Inc. against Defendants Diagnostic Imaging of Colorado Springs, L.L.C., d/b/a North Powers Medical Imaging and CP Imaging, LLC, d/b/a North Powers Imaging as follows:

(1) Compensatory damages in the amount of One Hundred Sixteen Thousand Dollars ($116,000.00);

(2) Attorney's fees in the amount of Four Thousand One Hundred Forty-two Dollars ($4,142.00);

(3) Prejudgment interest at the rate of 1.5% per month, accruing from August 19, 2010;

(4) Post-judgment interest at the rate of 1.5% per month, accruing from the date that judgment is entered in this matter; and,

(5:11CV0444)

    (5)    Costs of suit in the amount of $350.00.

    IT IS SO ORDERED.

| | |
|---|---|
|  August 31, 2011 | /s/ Benita Y. Pearson |
| Date | Benita Y. Pearson |
| | United States District Judge |

### CERTIFICATE OF SERVICE

A copy of the foregoing Default Judgment was filed electronically this 30th day of August, 2011. Notice of this filing will be sent to John B. Schomer, Esq. and Leigh A. Maxa, Esq. by operation of the Court's electronic filing system. Parties may access this filing through the Court's system. A copy of this Default Judgment has also been sent by regular mail this 30th day of August, 2011 to Diagnostic Imaging of Colorado Springs, L.L.C., d/b/a North Powers Medical Imaging, c/o V. William Moritz, Registered Agent, 4570 Hilton Parkway, Colorado Springs, CO 80907-3551; CP Imaging, LLC, d/b/a North Powers Imaging, c/o Norman Taylor, CPA, P.C., Registered Agent, 6140 Tutt Blvd., Suite 230, Colorado Springs, CO 80923-3575; and, Patrick D. Lester, MD, Advanced Imaging Resources Co., P.O. Box 1277, Broken Arrow, OK 74013-1277.

| | |
|---|---|
|  August 30, 2011 | /s/ Benita Y. Pearson |
| Date | Benita Y. Pearson |
| | United States District Judge |